UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Raymond Haddigan,<br><br>                    Plaintiff,<br>v.<br><br>Associated Credit Services, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.:  1:12-cv-10379-RBC |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Raymond Haddigan ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 5, 2012

                                        Respectfully submitted,

                                        By: /s/ Sergei Lemberg

                                        Sergei Lemberg, Esq.
                                        BBO No.: 650671
                                        Lemberg & Associates L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                                    By  /s/ Sergei Lemberg
                                                                          Sergei Lemberg